IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**PATRICIA BENTON LEE,**

    Plaintiff,

v.

**BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.**,

    Defendants.

Civil Action No. 7:13-CV-8 (HL)

## ORDER

As Plaintiff is now represented by counsel, the status conference scheduled for February 25, 2013 is cancelled. Defendants' answer or other responsive pleading is due no later than February 25, 2013.

**SO ORDERED**, this the 19th day of February, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh