# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**PATRICIA BENTON LEE,**

    Plaintiff,

v.

**BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.**,

    Defendants.

Civil Action No. 7:13-CV-8 (HL)

## ORDER

This case is before the Court on Defendant's Motion to Stay Pretrial Deadlines and Discovery. (Doc. 9). The motion is granted. All discovery is stayed until the Court issues a ruling on the pending motion to dismiss. In the event the motion is denied, the Court will issue a Rules 16/26 Order which will outline the parties' obligations with respect to a Rule 26(f) conference and preparing a proposed scheduling order.

**SO ORDERED**, this the 1st day of March, 2013.

                      *s/ Hugh Lawson*
                      **HUGH LAWSON, SENIOR JUDGE**

mbh