IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PATRICIA BENTON LEE,**<br><br>    Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P.**,<br><br>    Defendants. | Civil Action No. 7:13-CV-8 (HL) |

## ORDER

In this case, Plaintiff alleges a single count under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et seq.* ("RICO"). Local Rule 33.3 requires RICO claimants to answer certain interrogatories so as to aid the Court in ascertaining the validity and scope of RICO claims. Because Plaintiff originally filed this action in state court, she did not file these interrogatories with her complaint as required by the Rule. The Court now orders Plaintiff to respond to the interrogatories in the manner outlined in the Rule. The Court expects detailed responses to the interrogatories that do not consist of Plaintiff cutting and pasting from her First Amended Complaint and the attached exhibits.

Plaintiff's interrogatory responses are due no later than September 6, 2013.

**SO ORDERED**, this the 23rd day of August, 2013.

*s/ Hugh Lawson*
mbh                                        **HUGH LAWSON, SENIOR JUDGE**