IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PATRICIA BENTON LEE, | * |
| Plaintiff, | * |
| v. | Case No. 7:13-CV-8(HL) |
| | * |
| BANK OF AMERICA, N.A. a/k/a BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P., | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action

This 1st day of October, 2013.

Gregory J. Leonard, Clerk

s/ Robin L. Walsh, Deputy Clerk